IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **LACKS ENTERPRISES, INC.**, a Michigan corporation, and **LACKS HOME PRODUCTS, LLC**, a Michigan corporation<br><br>Plaintiffs and<br><br>v.<br><br>**HD SUPPLY, INC.**, a Delaware corporation, **HD SUPPLY DISTRIBUTION LLC**, a Delaware limited liability company, **THE HOME DEPOT, INC.**, a Delaware corporation, and **CROWN BOLT**, division of HD Supply, Inc.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:12-cv-14472-DPH-DRG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E.D. Mich. LR 83.4, HD Supply, Inc., HD Supply Distribution Services, LLC, The Home Depot, Inc. and Crown Bolt make the following disclosure:

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes [X]   No [ ]

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   ~~Parent Corporation~~/Affiliate Name:   Home Depot USA, Inc. (not a named party)
   Relationship with Named Party:   Home Depot USA, Inc., a subsidiary of the named party The Home Depot, Inc., is a publicly traded corporation.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes [ ]   No [X]

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: ____
   Nature of Financial Interest: ____

20206186v1

Date:  November 26, 2012                /s/ Louis Theros
                                                       Bar No:  P-42970
                                                      Firm Name (if applicable):  Butzel Long
                                                      Address 1:  150 West Jefferson
                                                      Address 2:  Suite 100
                                                      City, State Zip Code:  Detroit, MI 48226
                                                      Telephone No.:  (313) 225-7039
                                                      Primary Email Address:  theros@butzel.com

20206186v1